IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TANJA THOMPSON, | 05-CV-841-JE |
| Plaintiff, | ORDER |
| v. | |
| JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration, | |
| Defendant. | |

**RORY LINERUD**
Linerud Law Firm
P.O. Box 1105
Salem, OR  97308
(541) 686-1969

       Attorneys for Plaintiff

1 -   ORDER

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1053

**MICHAEL MCGAUGHRAN**
Regional Chief Counsel
**DAVID R. JOHNSON**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
(206) 615-2545

        Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#16) on June 8, 2006, in which he recommended this Court reverse the Commissioner's decision and remand this action to the agency for the calculation and award of benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

2 - ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#16). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the agency for the calculation and award of benefits consistent with the findings of this Court.

IT IS SO ORDERED.

DATED this 10th day of August, 2006.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER